# United States District Court

------------------------- DISTRICT OF KANSAS-------------------------

**GLYNNDEAVIN VON FOX,**

        **Plaintiff,**

v.    Case No. 24-1072-DDC-TJJ

**KELLY DUNCAN,**

        **Defendant.**

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

        **The Report and Recommendation issued by United States Magistrate Judge Teresa J. James on May 23, 2024 (Doc. 5) is ACCEPTED, ADOPTED, and AFFIRMED.  The court thus dismisses this action without prejudice consistent with the Memorandum and Order (Doc. 6) entered on June 25, 2024.**

    06/25/2024                                           SKYLER B. O'HARA
      Date                                                     CLERK OF THE DISTRICT COURT

                                                               by:    s/ Megan Garrett
                                                                     Deputy Clerk